IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROLYN PATTON | ) | |
| | ) | |
| Plaintiff | ) | Civil Case No. 1:08-cv-01868-RDB |
| v. | ) | |
| | ) | |
| PALISADES COLLECTION, LLC | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

The parties herein, by and through her counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice.  Each party shall be responsible for paying their own costs, expenses and attorney fees.

THE LAW OFFICES OF RONALD S. CANTER

/s/ Ronald S. Canter

/s/ Bernard T. Kennedy

| | |
|---|---|
| Bernard T. Kennedy, Esquire | Ronald S. Canter, Esquire |
| P.O. Box 657 | Bar No. 01024 |
| Edgewater, MD  21037 | 11300 Rockville Pike, Suite 1200 |
| Attorney for Plaintiff | Rockville, MD 20852 |
| | Telephone:  301-770-7490 |
| | Facsimile:  301-770-7493 |
| | E-Mail:  rcanter@roncanterllc.com |
| | Attorney for Defendant |